IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MICHAEL RAY KING**
**ADC #161847**                                                                                                **PLAINTIFF**

VS.                                        5:19-CV-00235-BRW-JJV

**TURNTINE, Nurse,**
**Dub Brassell Detention Center,** *et al.*                                      **DEFENDANTS**

## ORDER

I have reviewed the Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. After careful review, I approve and adopt the Partial Recommended Disposition as my findings in all respects.

Accordingly, Plaintiff may PROCEED with his inadequate medical care claim against Defendants Turntine and Iverson in their individual capacities only. All other claims and Defendants are DISMISSED WITHOUT PREJUDICE for failure to state a plausible claim. I certify that an *in forma pauperis* appeal from this Order would not be taken in good faith.[1]

IT IS SO ORDERED this 9th day of September, 2019.

                                                                                                  <u>Billy Roy Wilson</u>_____
                                                                                                   UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).