# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

MICHAEL RAY KING,
ADC #161847                                                                                        PLAINTIFF

v.                                          5:19-cv-00235-BRW-JJV

TURNTINE, Nurse; and
IVERSON, Nurse,
Dub Brassell Detention Center                                                          DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Billy Roy Wilson. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a new hearing for this purpose before either the District Judge or Magistrate Judge, you must, at the time you file your written objections, include the following:

1.Why the record made before the Magistrate Judge is inadequate.

2.Why the evidence to be proffered at the new hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

1

3.    The details of any testimony desired to be introduced at the new hearing in the form of an offer of proof, and a copy or the original of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## **DISPOSITION**

Michael Ray King ("Plaintiff") has filed a *pro se* Amended Complaint, pursuant to 42 U.S.C. § 1983, alleging Defendants violated his constitutional rights at the Dub Brassell Detention Center ("DBDC"). (Doc. Nos. 5, 9.) In November 2019, mail sent to Plaintiff at the DBDC was returned undelivered because he was no longer held in that facility and failed to provide the Court with an updated mailing address as required by Local Rule 5.5(c)(2). (Doc. Nos. 35, 38, 39, 40.) Importantly, Plaintiff had previously received an Order explaining his obligations under Local Rule 5.5(c)(2) and the consequences of failing to do so. (Doc. No. 3.) Also, it was unclear whether Plaintiff had been released from custody, and if so, whether he was still entitled to proceed *in forma pauperis.*

For these reasons, I entered an Order on December 3, 2019, giving Plaintiff thirty (30) days to provide a current mailing address and file a new Application to Proceed *In Forma Pauperis*, if necessary. (Doc. No. 41). I provided Plaintiff with the necessary forms and cautioned him I would recommend dismissal if he did not timely comply with my instructions. (*Id.*) Plaintiff's time to comply with my Order has expired. Without a current address, it would be futile to give

him an extension of time to comply with my instructions. Thus, this case should be dismissed without prejudice due to a lack of prosecution. *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

IT IS, THEREFORE, RECOMMENDED THAT:

1. The case be DISMISSED without prejudice due to a lack of prosecution.

2. The Court should certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 6th day of January 2020.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE