**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**MICHAEL RAY KING**
**ADC #161847**                                                                                  **PLAINTIFF**

**VS.**                                    **5:19-CV-00235-BRW-JJV**

**TURNTINE, Nurse,**
**Dub Brassell Detention Center,** *et al.*                                      **DEFENDANTS**

## ORDER

I have reviewed the Recommended Disposition submitted by United States Magistrate

Judge Joe J. Volpe.   After careful review, I approve and adopt the Recommended Disposition as

my findings in all respects.

Accordingly, this case is DISMISSED WITHOUT PREJUDICE due to lack of

prosecution.   I certify that an *in forma pauperis* appeal from this Order would not be taken in

good faith.[1]

IT IS SO ORDERED this 24th day of January, 2020.


Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).