IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL RAY KING
ADC #161847                                                                    PLAINTIFF

VS.                           5:19-CV-00235-BRW-JJV

TURNTINE, Nurse,
**Dub Brassell Detention Center,** *et al.*                                    DEFENDANTS

## JUDGMENT

Based on the Order entered today, this case is dismissed without prejudice. I certify that an *in forma pauperis* appeal would not be taken in good faith.[1]

IT IS SO ORDERED this 24th day of January, 2020.

    Billy Roy Wilson_____
    UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).